UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARMIN VAN DAMME,<br><br>　　　　　　　　　　　　　Plaintiff,<br>v.<br><br>JP MORGAN CHASE BANK, INC. N.A., et al.<br><br>　　　　　　　　　　　　　Defendants. | Case No. 2:15-cv-01951-APG-PAL<br><br>ORDER<br><br>(Subst Counsel – Dkt. #10) |

This matter is before the court on Plaintiff's Substitution of Counsel (Dkt. #10) filed October 29, 2015. Carrie E. Hurtik seeks leave to be substituted in the place and stead of David Lee Phillips for Plaintiff Armin Van Damme. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Counsel (Dkt. #10) is **GRANTED**.
2. Carrie E. Hurtik is substituted in the place of David Lee Phillips for Plaintiff Armin Van Damme, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 30th day of October, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1