| | |
|---|---|
| 1 | **CARRIE E. HURTIK, ESQ.** |
| | Nevada Bar No. 7028 |
| 2 | **RACHEL L. SHELSTAD, ESQ.** |
| | Nevada Bar No. 13399 |
| 3 | **HURTIK LAW & ASSOCIATES** |
| | 7866 West Sahara Avenue |
| 4 | Las Vegas, Nevada 89117 |
| | (702) 966-5200 Telephone |
| 5 | (702) 966-5206 Facsimile |
| | churtik@hurtiklaw.com |
| 6 | Attorney for Plaintiff, |
| | ARMIN VAN DAMME |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEVADA**

| | |
|---|---|
| ARMIN VAN DAMME, an individual | CASE NO. 2:15-cv-01951-APG-PAL |
| Plaintiff, | |
| vs. | |
| JPMORGAN CHASE BANK, INC. N.A., BNC NATIONAL BANK, LASSALE BANK CORPORATION, MERSCORP, INC., WELLS FARGO HOME MORTGAGE, INC., WELLS FARGO, NA, AMERICAN SERVICING COMPANY, BANK OF AMERICA, INC., NA et, al., | |
| Defendant(s). | |

**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPONSE TO DEFENDANTS, BANA HOLDING CORP'S, BANK OF AMERICA, N.A.'S AND MERSCORP, INC.'S MOTION TO DISMISS COMPLAINT AND ANY JOINDERS THERETO**

Comes Now, Plaintiff, Armin Van Damme by and through his counsel of record, Carrie E. Hurtik, Esq., of the law firm Hurtik Law & Associates; Defendants, BANA Holding Corp. f/k/a LaSalle Bank Corporation, Bank of America, N.A., and Merscorp, Inc., by and through their counsel of record Donna M. Wittig, Esq. of the law firm Akerman, LLP; and Defendants, American Servicing Company, U.S. Bank National Association, Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage, by and

through their counsel of record, Blakeley E. Griffith, Esq., of the law firm Snell & Wilmer, and hereby stipulate and agree as follows:

1.  Defendants, BANA Holding Corp. f/k/a LaSalle Bank Corporation, Bank of America, N.A., and Merscorp, Inc. filed Petition for Removal from the Eighth Judicial District Court, Case A-15-723814-C on October 8, 2015.

2.  Defendants, BANA Holding Corp. f/k/a LaSalle Bank Corporation, Bank of America, N.A., and Merscorp, Inc. filed a Motion to Dismiss Plaintiff, Armin Van Damme's Complaint on October 15, 2015.

3.  Pursuant to Clerk of the Court, Plaintiff, Armin Van Damme's Response in Opposition is due November 2, 2015.

4.  Defendants, American Servicing Company, U.S. Bank National Association, Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage, Inc., filed a Joinder to Defendants, BANA Holding Corp. f/k/a LaSalle Bank Corporation's, Bank of America, N.A.'s, and Merscorp, Inc.'s Motion to Dismiss Plaintiff, Armin Van Damme's Complaint on October 23, 2015.

5.  Plaintiff, Armin Van Damme is currently scheduled to attend a State of Nevada, Foreclosure Mediation on December 7, 2015, at 1:00 p.m., NDSC File #: 08-45650-ASR-NV Loan #: 1100090381.

6.  Plaintiff, Armin Van Damme retained alternate counsel on October, 27, 2015, and a Motion to Substitute Counsel was filed with the Honorable Court on October 29, 2015. The Honorable Court granted the Plaintiff, Armin Van Damme's Motion to Substitute Counsel on November 3, 2015.

7.  Plaintiff, Armin Van Damme desires additional time to file his Opposition to the Motion to Dismiss until after he attends the State of Nevada, Foreclosure Mediation on December 7, 2015, at 1:00 p.m. Plaintiff, Armin Van Damme and Defendants, BANA Holding Corp. f/k/a LaSalle Bank Corporation, Bank of America, N.A., and Merscorp, Inc. hereby agree that the Plaintiff, Armin Van

Damme's Response in Opposition should be due on Tuesday, December 8, 2015, which represents an extension of Thirty-Six (36) day for Plaintiff, Armin Van Damme to file a Response to Defendants, BANA Holding Corp. f/k/a LaSalle Bank Corporation's, Bank of America, N.A.'s, and Merscorp, Inc.'s Motion to Dismiss, and any Joinders thereto.

8. Defendants, American Servicing Company, U.S. Bank National Association, Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage, Inc., BANA Holding Corp. f/k/a LaSalle Bank Corporation, Bank of America, N.A. and Merscorp, Inc. desire time to file a Reply to Plaintiff's Opposition to the Motion to Dismiss.

9. The scheduled Foreclosure Mediation could potentially resolve the issues presented in this instant case, and the Parties hereto do not want to engage in discovery and spend their resources if this matter settles; thus, the parties request they be allowed to continue the deadline to conduct their Rule 26(f) conference until fourteen (14) days after the briefing on the Motion to Dismiss is completed and fourteen (14) days thereafter to submit their proposed joint discovery plan.

10. The Parties hereto Stipulate that Plaintiff, Armin Van Damme shall have until Tuesday, December 8, 2015 to file his Response in Opposition to Defendants, BANA Holding Corp. f/k/a LaSalle Bank Corporation's, Bank of America, N.A.'s, and Merscorp, Inc.'s Motion to Dismiss, and any Joinders thereto that were filed by Defendants, American Servicing Company, U.S. Bank National Association, Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage, Inc.

11. The Parties hereto Stipulate that Defendants, BANA Holding Corp. f/k/a LaSalle Bank Corporation, Bank of America, N.A., and Merscorp, Inc. and Defendants, American Servicing

/ / /

/ / /

/ / /

/ / /

1  Company, U.S. Bank National Association, Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage,

2  Inc. shall have until Friday, December 18, 2015 to file a reply.

**IT IS SO STIPULATED.**

Dated: November 6, 2015.          **HURTIK LAW & ASSOCIATES**

/s/ Carrie E. Hurtik
_____
**CARRIE E. HURTIK, ESQ.**
Nevada Bar No. 7028
7866 West Sahara Avenue
Las Vegas, Nevada  89117
(702) 966-5200 Telephone
(702) 966-5206 Facsimile
churtik@hurtiklaw.com
Attorney for Plaintiff,
ARMIN VAN DAMME

Dated: November 6, 2015.          **AKERMAN LLP**

/s/ Donna M. Wittig
_____
**DONNA M. WITTIG, ESQ.**
Nevada Bar No. 11015
1160 Town Center Drive, Suite 330
Las Vegas, Nevada  89144
(702) 634-5000 Telephone
(702) 380-8572 Facsimile
donna.wittig@ackerman.com
Attorney for Defendants,
BANA Holding Corp. f/k/a LaSalle Bank Corporation, Bank of America, N.A., and Merscorp, Inc.

Dated: November 6, 2015.          **SNELL & WILMER**

/s/ Blakeley E. Griffith
_____
**BLAKELEY E. GRIFFITH, ESQ.**
Nevada Bar No. 12386
3883 Howard Hughes Pkwy #1000
Las Vegas, Nevada 89169-5958
(702) 784-5212 Telephone
(702) 784-5252 Facsimile
bgriffith@swlaw.com
Attorney for Defendants,
American Servicing Company, U.S. Bank National Association, Wells Fargo Bank, N.A., and
Wells Fargo Home Mortgage, Inc.

# ORDER

Based upon the Stipulated by the Parties hereto, and good cause appearing, it is hereby Ordered that Plaintiff, Armin Van Damme shall have until Tuesday, December 8, 2015 to file his Response in Opposition to Defendants, BANA Holding Corp.'s f/k/a LaSalle Bank Corporation's, Bank of America, N.A.'s, and Merscorp, Inc.'s Motion to Dismiss, and any Joinders thereto that were filed by Defendants, American Servicing Company, U.S. Bank National Association, and Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage, Inc.

It is further Ordered that Defendants, BANA Holding Corp. f/k/a LaSalle Bank Corporation, Bank of America, N.A., and Merscorp, Inc., and Defendants, American Servicing Company, U.S. Bank National Association, Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage, Inc. shall have until Tuesday, December 18, 2015 to file a Reply.

It is further Ordered that the parties hereto shall have until Tuesday, December 22, 2015, to conduct their Rule 26(f) conference and fourteen (14) days thereafter to submit their proposed joint discovery plan.

**IT IS SO ORDERED**

Dated this __10th__ day of November, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE