1  **CARRIE E. HURTIK, ESQ.**
   Nevada Bar No. 7028
2  **HURTIK LAW & ASSOCIATES**
   7866 West Sahara Avenue
3  Las Vegas, Nevada 89117
   (702) 966-5200 Telephone
4  (702) 966-5206 Facsimile
   churtik@hurtiklaw.com
5  Attorney for Plaintiff,
   ARMIN VAN DAMME
6

7                      **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

9  ARMIN VAN DAMME, an individual,

10            Plaintiff,                          CASE No.: 2:15-cv-01951-APG-PAL

11  vs.                                           **MOTION FOR SUBSTITUTION OF**
                                                  **COUNSEL WITHIN FIRM**
12
    JPMORGAN CHASE BANK, INC. N.A., BNC
13  NATIONAL BANK, LASSALE BANK
    CORPORATION, MERSCORP, INC.,
14  WELLS FARGO HOME MORTGAGE, INC.,
    WELLS FARGO, NA, AMERICAN
15  SERVICING COMPANY, BANK OF
    AMERICA, INC., NA et, al.,
16
              Defendants.
17

18         Plaintiff ARMIN VAN DAMME ("Plaintiff") hereby moves this Court for an Order

19  substituting counsel as follows:

20         Plaintiff requests that Carrie E. Hurtik, Esq. be substituted for Rachel L. Shelstad, Esq.

21  currently listed as Hurtik Law and Associates attorney representing Plaintiff. Rachel L. Shelstad as

22  Ms. Shelstad is no longer employed at Hurtik Law and Associates and is no longer participating in this

23  litigation. Ms. Hurtik's current mailing address and email address are:

24

25  / / /

26  / / /

27  / / /

28

Carrie E. Hurtik, Esq.
Hurtik Law and Associates
7866 W. Sahara Avenue
Las Vegas, NV 89117
churtik@hurtiklaw.com

Plaintiff continues to be represented in this action by the law firm of Hurtik Law and Associates. The substitution of counsel is purely within the firm and will neither delay this matter nor prejudice Defendant. Based on the foregoing, Plaintiff respectfully requests that Carrie E. Hurtik, Esq. be substituted as counsel, and that Rachel L. Shelstad, Esq. be allowed to withdraw as counsel in this matter.

Dated: July 6, 2017                                    Dated: July 6, 2017

Respectfully submitted,                                Respectfully submitted,


_/s/ Rachel L. Shelstad_____                         _/s/ Carrie E. Hurtik_____
RACHEL L. SHELSTAD, ESQ.                                CARRIE E. HURTIK, ESQ.
                                                       HURTIK LAW AND ASSOCIATES

                                                       Attorney for Plaintiff,
                                                       STEVEN J. GREENSTEIN

                                                       **IT IS SO ORDERED.**

                                                       Dated:___July 11_____, 2017


                                                       UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen (18)years and not a party to the within action. My business address is 7866 West Sahara Avenue, Las Vegas, Nevada 89117. On July 6, 2017, I served the within documents(s):

### MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM

By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Rachel L. Shelstad, Esq.
Geico Staff Counsel
901 N. Green Valley Parkway. #190
Las Vegas, Nevada 89074
rshelstad@geico.com

Donna M Wittig, Esq.
Nevada Bar No. 11015
**AKERMAN, LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
donna.wittig@ackerman.com
Attorney for Defendants,
BANA Holding Corp. f/k/a
LaSalle Bank Corporation,
Bank of America, N.A., and
Merscorp, Inc.

Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Holly E. Cheong, Esq.
Nevada Bar No. 11936
**SNELL & WILMER L.L.P**
383 Howard Hughes Pkwy. #1100
Las Vegas, Nevada 89169
Attorneys for Defendant,
*Wells Fargo Bank, N.A. f/k/a*
*Wells Fargo Home Mortgage, Inc.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.
Executed at Las Vegas, Nevada on July 6, 2017.

_____
NANCY RAMIREZ, an employee of
HURTIK LAW & ASSOCIATES